UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>SOTI, INC.,<br><br>       Defendant. | Case No. 15-CV-01018-LHK<br><br>**ORDER DENYING REQUEST TO CANCEL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19 |

Before the Court is a joint request to cancel the initial case management conference in this case, currently set for July 1, 2015, at 2:00 p.m., because "[t]he Parties intend to have Plaintiff file a voluntary dismissal with prejudice in accordance with Rule 41(a) on or before July 1, 2015." ECF No. 19. The parties' request is DENIED. Unless and until a stipulation of dismissal is filed, the initial case management conference will remain as set.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.15-CV-01018-LHK
ORDER DENYING REQUEST TO CANCEL CASE MANAGEMENT CONFERENCE