UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOTI, INC., <br><br> Defendant. | Case No. 15-CV-01018-LHK <br><br> **ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

On June 24, 2015, the parties filed a document captioned "Joint Case Management Statement." ECF No. 19. The statement indicated that the parties "have reached a settlement in principle" and requested that the Court cancel the Initial Case Management Conference set for July 1, 2015, at 2:00 p.m. *Id.* On the same day, the Court denied the parties' request to cancel the Initial Case Management Conference, "[u]nless and until a stipulation of dismissal is filed." ECF No. 20. The Joint Case Management Statement filed by the parties on June 24, 2015, fails to address "all of the topics set forth in the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" as required by Civil Local Rule 16-9(a). The parties are hereby ORDERED to file by Tuesday, June 30, 2015, at noon either (a) a

1  Joint Case Management Statement in compliance with the requirements of Civil Local Rule 16-9,

2  or (b) a stipulation of dismissal.

3  **IT IS SO ORDERED**.

4  Dated: June 26, 2015

                                               _____
                                               LUCY H. KOH
                                               United States District Judge