1  BENEDICT O'MAHONEY (State Bar No. 152447)
   **TERRA LAW LLP**
2  177 Park Avenue, Third Floor
   San Jose, California 95113
3  Telephone: (408) 299-1200
4  Email: bomahoney@terralaw.com

5  JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
   CORBY R. VOWELL *(Pro Hac Vice To Be Filed)*
6  TODD I. BLUMENFELD *(Pro Hac Vice To Be Filed)*
   **FRIEDMAN, SUDER & COOKE**
7  Tindall Square Warehouse No. 1
   604 East 4th Street, Suite 200
8  Fort Worth, Texas 76102
9  Telephone: (817) 334-0400
   Email: jts@fsclaw.com
10 Email: vowell@fsclaw.com
   Email: blumenfeld@fsclaw.com

11 **Counsel for Plaintiff**
12 **SOFTVAULT SYSTEMS, INC.**

13 CHRIS L. HOLM (State Bar No. 249388)
   **NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
14 333 Grand Ave., Suite 2300
   Los Angeles, California 90071
15 Telephone: (213) 787-2500
16 Email: chris.holm@novakdruce.com
   JAMES A. GLENN *(Pro Hac Vice To Be Filed)*
17 **NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP**
18 1000 Louisiana, 53rd Floor
   Houston, Texas 77002
19 Telephone: (713) 571-3420
   Email: james.glenn@novakdruce.com
20
   **Counsel for Defendant**
21 **SOTI, INC.**

22           **UNITED STATES DISTRICT COURT**

23       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

24 

| SOFTVAULT SYSTEMS, INC., | Case No. 5:15-CV-01018-LHK |
|---|---|
| Plaintiff, | NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| SOTI, INC., | Judge:   Hon. Lucy H. Koh |
| Defendant. | [N.D. Cal. Civil L.R. 6-1(a)] |

1

Plaintiff SoftVault Systems, Inc. ("SoftVault") and Defendant Soti, Inc. ("Soti") have agreed to settle, adjust and compromise all claims in the above-captioned action. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the terms of a separate agreement, SoftVault hereby dismisses the above-entitled cause, and all claims against Soti made therein, with prejudice to the re-filing of same.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

Dated: June 29, 2015

*/s/ Benedict O'Mahoney*
Benedict O'Mahoney
(Bar No. 152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Email: bomahoney@terralaw.com

Attorney for Plaintiff
SOFTVAULT SYSTEMS, INC.

Of Counsel:

Jonathan T. Suder
Corby R. Vowell
Todd Blumenfeld
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

The Clerk shall close the file.

IT IS SO ORDERED
Lucy H. Koh
Judge Lucy H. Koh

4833-4691-3317, v. 1